**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE: ESTATE OF JAMES G.
KLINGENSMITH, DECEASED

PETITION OF: JOSEPH KLINGENSMITH
AND JOHN KLINGENSMITH

: No. 468 WAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:

**ORDER**

**PER CURIAM**

 **AND NOW**, this 13th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.

 Justice Wecht did not participate in the consideration or decision of this matter.